JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>STERIGENICS U.S., LLC, BRAD POURFALLAH, EFRAIN GUZMAN and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 8:20-cv-01949-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS WITH PREJUDICE, DISMISS SIXTH CAUSE OF ACTION WITH PREJUDICE, AND REMAND ACTION TO STATE COURT** |

Having considered the parties' Joint Stipulation to Dismiss Individual Defendants with Prejudice, Dismiss Sixth Cause of Action With Prejudice, and Remanding of Action to State Court (Doc. 11), the Court **HEREBY ORDERS** that:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendants Brad Pourfallah and Efrain Guzman (the "Individual Defendants") are dismissed from the Complaint *with prejudice*, with each party to pay his or its own costs and attorneys' fees;

2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's Sixth Cause of Action for Breach of Implied-in-Fact Contract Not to Terminate Employment Without Good Cause is dismissed from the Complaint *with prejudice*, with each party to pay his or its own costs and attorneys' fees;

4. By entering into this Stipulation, Defendant agrees to produce the Individual Defendants for depositions and/or trial upon receipt of a timely notice and without a subpoena;

5. By entering into this Stipulation, Plaintiff does not admit to a failure to state a claim for harassment or intentional infliction of emotional distress, and Plaintiff does not waive these claims as still asserted against Defendant Sterigenics U.S.; and

6. The Clerk shall REMAND this action to the Superior Court of California, County of Orange, 3020201154803CUWTCJC, with each party to pay his or its own costs, expenses, and attorneys' fees in association with removal and remand.

**IT IS SO ORDERED.**

DATE: November 03, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE